UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELINA CALCANO, *on behalf of herself and all other persons similarly situated*,

                      Plaintiff,

-v-

GINKGO INTERNATIONAL LTD,

                      Defendant.

21-CV-7515 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                                _____
                                                J. PAUL OETKEN
                                                United States District Judge